JS-6

1  ANDRÉ BIROTTE, JR.
   United States Attorney
2  LEON W. WEIDMAN
3  Assistant United States Attorney
   Chief, Civil Division
4  JONATHAN B. KLINCK
   Assistant United States Attorney
5  California State Bar No. 119926
6        Federal Building, Suite 7516
         300 North Los Angeles Street
7        Los Angeles, California 90012
         Telephone:    (213) 894-8561
8        Facsimile:    (213) 894-7819
9        Email:  Jon.Klinck@usdoj.gov

10 JUSTIN A. OKUN
   Trial Attorney
11 California State Bar No. 230954
12 WENDY LYNN
   Trial Attorney
13       U.S. Department of Justice
         Environment & Natural Resources Div.
14       P.O. Box 7611 – Ben Franklin Station
15       Washington, D. C.  20044
         Telephone:    (202) 305-0467
16       Facsimile:    (202) 305-0398
17       Email:         Justin.Okun@usdoj.gov

18 Attorneys for Plaintiff
   United States of America
19              UNITED STATES DISTRICT COURT
20              CENTRAL DISTRICT OF CALIFORNIA

21 UNITED STATES OF AMERICA,         )
                                     )
22                    Plaintiff,     )   Case No.  CV 12-4327-GW(OPx)
                                     )
23      v.                           )
                                     )
24                                   )   **FINAL JUDGMENT**
25 2.52 ACRES OF LAND, MORE OR LESS, )   **REGARDING TITLE**
   SITUATE IN SAN BERNARDINO         )   **AND JUST COMPENSATION**
26 COUNTY, STATE OF CALIFORNIA;      )
   AND TONY LOPEZ AND MARIA C.       )
27 LOPEZ, HUSBAND AND WIFE, AS       )
   JOINT TENANTS, SAN BERNARDINO     )
28 COUNTY TAX COLLECTOR AND          )

| | |
|---|---|
| SAN BERNARDINO DEPARTMENT OF | ) |
| CHILD SUPPORT SERVIES, et al., | ) |
| | ) |
| Defendants. | ) |

# FINAL JUDGMENT DETERMINING
# TITLE AND JUST COMPENSATION

This case is before the court for entry of final judgment pursuant to the Order Regarding Title and Just compensation (ECF No. 31) and the court finds as follows:

1. The estate acquired in the subject property, as more particularly described in the complaint and declaration of taking filed in this action on May 18, 2012 is fee simple.

2. The uses for which the property was taken are public uses, as described in the complaint and declaration of taking.

3. On May 30, 2012, title to the subject property, as described more particularly in the complaint and declaration of taking vested in the United States of America upon the filing of the aforementioned declaration of taking and the deposit of estimated just compensation in the total amount of $1,800.00 into the registry of this court. Simultaneously, the right to just compensation for the same was immediately vested in the parties entitled thereto.

4. That the owners of the property are Tony Lopez and Maria C. Lopez.

5. That all parties interested directly or indirectly in the property have been properly served with process or by notice of publication – Tony Lopez and Maria C. Lopez by publication in the San Bernardino County Sun on December 21 and 28, 2012 and January 4, 2013. Additionally, the County of San Bernardino filed a disclaimer on July 20, 2012 along with the County Child Support Services on January 7, 2013.

6. The sum of $2,300.00 as found by this court at a hearing on June 10, 2013 is just compensation for the taking of 2.52 acres of land condemned in this case, and this sum constitutes full satisfaction of any and all claims of whatsoever nature against the United States of America by reason of the institution and prosecution of this action and the taking of said property.

7. That plaintiff has deposited the total sum of $1,800.00 in the registry of this court. Plaintiff shall further deposit $500 in just compensation and $1.05 in interest due for a total of $501.05 within 60 days of the entry of this order.  See Ex. 1, Calculation of Interest.

It is therefore by the Court, ORDERED, ADJUDGED AND DECREED that

The sum of $2301.05 is the full, fair and just compensation for the taking by plaintiff of said property. That in accordance with Title 28 U.S.C. § 2042, said sum shall remain deposited in the registry of the court for a period of five (5) years, after which, if unclaimed shall be deposited into the Treasury in the name and credit of the United States.  Any claimant entitled to such money, may, on petition to this court and upon notice of the United States and full proof to the right thereto, obtain an order directing payment to them.

Dated: June 17, 2013

_____
GEORGE H. WU
United States District Judge